# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SHANE MILLER § | |
| § | |
| v. § | Civil Action No. 4:20cv606 |
| § | Judge Mazzant |
| EWING BUICK-PLANO, LP d/b/a EWING § | |
| BUICK GMC § | |

### ORDER

It is hereby **ORDERED** that this case be ADMINISTRATIVELY CLOSED during the pendency of arbitration. The parties are instructed to notify the Court when the arbitration has concluded.

**IT IS SO ORDERED.**

**SIGNED** this 26th day of May, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE